Martin C. Bryce
Christopher Corsi
BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
(856) 761-3400

*Attorneys for Defendant, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : |
| **Kosar P. Bhatti** | : |
| | : |
| Kosar P. Bhatti, | : Chapter 13 |
| Plaintiff, | : Bankruptcy Case No. 09-38411 |
| v. | : Adversary Case No. 09-02894 |
| Countrywide Home Loans Servicing, | : Motion Day: November 17, 2010 |
| Defendant. | : |

### CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Martin C. Bryce, Esquire, hereby certify and state as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Ballard Spahr, LLP, counsel for BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ("BAC" or "Defendant") in the above-captioned matter. I am submitting this Certification in support of Defendant's Motion for Summary Judgment.

2. A true and correct copy of the Plaintiff's Mortgage is attached hereto as Exhibit A.

3. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit B.

4. A true and correct copy of BAC's Responses to Interrogatories are attached hereto as Exhibit C.

5. A true and correct copy of Plaintiff's Responses to BAC's Interrogatories are attached hereto as Exhibit D.

6. A true and correct copy of the Plaintiff's Note is attached hereto as Exhibit E.

7. A true and correct copy of Plaintiff's complete Payment History for the Mortgage is attached hereto as Exhibit F.

8. A true and correct copy of BAC's Response Letter is attached hereto as Exhibit G.

9. A true and correct copy of Plaintiff's purported QWR Letter is attached hereto as Exhibit H.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2010

/s/ Martin C. Bryce
Martin C. Bryce, Esquire

DMEAST #12930855 v3